No. 98–1746. PETTUS v. UNITED STATES, 526 U. S. 1146; and

No. 98–8878. PACK v. UNION STATION TERMINAL, 527 U. S. 1007. Petitions for rehearing denied.